William A. Harding, as Administrator, etc., of Medad W. Stone, Deceased, Appellant, *v.* Walter H. Field, Respondent.

*Undertaking upon appeal by an administrator — security for past costs.*

Upon an appeal by an administrator from a judgment rendered against him, security for past costs should not be required, and an undertaking in the sum of $250 should be exacted to secure the costs upon the appeal.

Appeal by the plaintiff, William A. Harding, as administrator, etc., of Medad W. Stone, deceased, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 17th day of December, 1894, directing that the plaintiff file and serve an undertaking in the sum of $1,500 to secure costs.

The order appealed from provided " that the plaintiff herein file and serve within ten days from notice of entry of this order an undertaking according to law and the practice of this court, with two

sufficient sureties, in the usual form, that the plaintiff will pay the costs awarded against him by the judgment herein, and all other costs and damages which may be awarded against the plaintiff as appellant on his appeal from the judgment herein, not exceeding fifteen hundred dollars ($1,500)."

*T. D. Kenneson,* for the appellant.

*Howard R. Bayne,* for the respondent.

PER CURIAM:

We are of opinion that the order in this case should have required an undertaking from the plaintiff in the sum of $250 to meet the costs accruing upon the appeal taken by the plaintiff and that security for past costs should not have been required.

The order should be modified accordingly, and affirmed as modified, without costs to either party.

Present — VAN BRUNT, P. J., FOLLETT and PARKER, JJ.

Order modified, and as modified affirmed, without costs.